IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE IT GROUP, et al.,<br><br>                    Debtors. | Chapter 11<br><br>Case No. 02-10118 (MFW)<br><br>Jointly Administered |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE IT GROUP ET AL., On Behalf of The IT Group, Inc, et al.,<br><br>                    Plaintiff,<br><br>v.<br><br>ACRES OF DIAMONDS,<br><br>                    Defendant. | Adversary Proc. No. 04-51311 (MFW) |

**MOTION OF THE TRUSTEE OF THE IT LITIGATION TRUST FOR
WITHDRAWAL OF THE REFERENCE PURSUANT TO 28 U.S.C. § 157(d)**

Plaintiff The IT Litigation Trust (the "Plaintiff" or the "Trust"), successor to The IT Group, Inc. ("IT Group") and its affiliated debtors (collectively, the "Debtors"), by and through its trustee, AlixPartners LLC (the "Trustee"), moves (the "Motion"), pursuant to section 157(d) of title 28 of the United States Code, for withdrawal of the reference of the above-captioned adversary proceeding (the "Adversary Proceeding").

The grounds for the Motion are set forth fully in the accompanying Opening Brief in Support Motion of the Trustee of The IT Litigation Trust for Withdrawal of the

624850v1

Reference Pursuant to 28 U.S.C. § 157(d).

Dated: May 10, 2006

          THE BAYARD FIRM

       By: _/s/ Eric M. Sutty_____
          Jeffrey M. Schlerf (No. 3047)
          Edmond D. Johnson (No. 2257)
          Eric M. Sutty (No. 4007)
          222 Delaware Avenue, Suite 900
          Wilmington, Delaware 19801
          (302) 655-5000

          -and-

          John K. Cunningham
          Ileana A. Cruz
          WHITE & CASE LLP
          Wachovia Financial Center
          200 South Biscayne Blvd.
          Miami, Florida 33131
          (305) 371-2700

          Counsel to the Plaintiff

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

DAVID D. BIRD
CLERK OF COURT

824 MARKET STREET
WILMINGTON, DE 19801
(302) 252-2900

Date:   June 7, 2006

To:     Clerk of Court
        U.S. District Court
        District of Delaware
        Wilmington, DE 19801

Re:     BK02-10112
        AP04-51311
        The IT Group, Inc. v Acres of Diamonds and Acres of Diamonds. L.P.

On May 10, 2006, a Motion to Withdraw the Reference to U.S.D.C. for the District of Delaware was filed in the above-mentioned case.

Please note that in an order dated June 2, 2006 (copy attached), the Honorable Mary F. Walrath determined this matter to be a "core-proceeding". Enclosed is a Certified Copy of the Docket Sheet, a Transmittal Sheet, and the Motion to Withdraw the Reference with any related documents for the above-mentioned case.

Please acknowledge receipt of the above transferred record by completing the information below.

Sincerely,

/s/Lisa M. Dunwody
Deputy Clerk

I hereby acknowledge receipt of the above transferred record this _____ day of ____ 2006.

By:_____
    Deputy Clerk

_____
Supervisor

# TRANSMITTAL SHEET FOR WITHDRAWAL OF REFERENCE TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE

**Adversary Case**  04-51311
**Related Bankruptcy Case**  02-10118
**District Court Civil Action#:**

**Deputy Clerk Transferring Case:**  Lisa M. Dunwody

**Case Type:**  Adversary

**Nature of Suit:**  ( Recover Money or Property)

**Cause of Transmittal:**  (Motion dated 5/10/06, Withdrawing the Reference to the U.S. District Court)

**Parties:**  Official Committee of Unsecured Creditors fo the IT Group, et al On Behalf of The Estate of The IT Group, Inc. et al v Acres of Diamonds and Acres of Diamonds, L.P.

**Plaintiff's Counsel:**

**Eric Michael Sutty**
The Bayard Firm
222 Delaware Avenue
Suite 900, P.O. Box 25130
Wilmington, DE 19899
302-655-5000
Fax : 302-658-6395
Email: bankserve@bayardfirm.com
*LEAD ATTORNEY*

**GianClaudio Finizio**
The Bayard Firm
222 Delaware Avenue
Suite 900
PO Box 25130
Wilmington, DE 19899
302-655-5000
Fax : 302-658-6395
Email: bankserve@bayardfirm.com

**Jeffrey M. Schlerf**
The Bayard Firm
222 Delaware Avenue
Suite 900, P.O. Box 25130
Wilmington, DE 19899
302-655-5000
Fax : 302-658-6395
Email: bankserve@bayardfirm.com

**Kathryn D. Sallie**
The Bayard Firm
222 Delaware Aveunue
Suite 900, PO Box 25130
Wilmington, DE 19899
302-655-5000
Fax : 302-658-6395
Email: bankserve@bayardfirm.com

**Mary E. Augustine**
The Bayard Firm
222 Delaware Avenue
Suite 900
PO Box 25130
Wilmington, DE 19899-5130
302-655-5000
Fax : 302-658-6395
Email: bankserve@bayardfirm.com

**Thomas H. Kovach**
Pepper Hamilton LLP
1313 Market Street
Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
302-777-6500
Fax : 302-421-8390
Email: kovacht@pepperlaw.com

**Defendant's Counsel:**

**Christopher Dean Loizides**
Loizides & Associates
1225 King Street
Suite 800
Wilmington, DE 19801
usa
302-654-0248
Fax : 302-654-0728
Email: ecf.admin@loizides.com

**Douglas N. Candeub**

Morris, James, Hitchens & Williams, LLP
222 Delaware Avenue
10th Floor
Wilmington, DE 19801
302-888-6854
Fax : 302-571-1750
Email: dcandeub@morrisjames.com

**Thomas M. Horan**
Morris James Hitchens & Williams LLP
222 Delaware Avenue
10th floor
Wilmington, DE 19801
302-888-6800
Fax : 302-571-1750
Email: thoran@morrisjames.com

revised: 10/20/03
C:\Documents and Settings\monicam\Local Settings\Temp\notes8AC765\IT Group Transmittal - WOR.wpd